UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DR. OTHELIA PRYOR

    Plaintiff,

Case No. 24-cv-10176

v.                                            Hon. Judith E. Levy

UNIVERSITY OF MICHIGAN
And KRISTEN HOWARD

    Defendants.
_____

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

This court approves the stipulation of the parties below to the following terms; IT IS HEREBY ORDERED that all claims and potential claims any party may have against another, arising from the issues described in this lawsuit, are dismissed and barred with prejudice, and this case is dismissed with prejudice. Parties to bear their own costs, interest and attorney fees. This is a final order and closes this case.

Date: April 10, 2024                            s/Judith E. Levy
                                                                     JUDITH E. LEVY
                                                                       United States District Judge

    We stipulate to entry of this order:

*s/Nicholas Roumel*                                      *s/Thomas Kent*
_____       _____
Attorney for plaintiff                                     Attorney for defendant:

April 9, 2024                                                    w/permission NR April 9, 2024